UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DWAYNE MARTIN,

    Plaintiff,

v.                      Case No. 5:23-cv-285-TKW-MJF

BOBBY BOWERS,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 6).[1] No objections were filed.

Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed as malicious based on Plaintiff's failure to fully disclose his litigation history. *See Burrell v. Moore*, 857 F. App'x 624, 625 (11th Cir. 2021) ("An action is malicious when a prisoner misrepresents his prior litigation history on a complaint form requiring disclosure of such history and signs the complaint under penalty of perjury....").

---

[1] The copy of the R&R mailed to Plaintiff's address of record was returned as undeliverable by the Post Office. *See* Doc. 7. The Clerk re-mailed the R&R on January 2, 2024, to the Florida State Prison address reflected on the forwarding label, *id.*, and Plaintiff presumably received that copy of the R&R because it was not returned by the Post Office.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** as malicious under 28 U.S.C. §1915(e)(2)(B)(i).

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 26th day of January, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**